

FILED by **SA** D.C.
ELECTRONIC

Jun 21, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 12-80119-CR-MIDDLEBROOKS-W/BRANNON
Case No. _____

8 U.S.C. §1324(a)(1)(A)(iii)
8 U.S.C. §1324(a)(1)(B)(i)
8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(2)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 846

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS CASTRO,
a/k/a "Walter Garrido,"
a/k/a "Guajo,"
HECTOR CASTRO,
PAMELA LIETTE CASTRO,
NER JAMINTON CASTRO,
CHRISTOPHER THOMAS ISIAH CASTRO,
ALEX J. ESCOBAR,

        Defendants.
_____/

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

From at least as early as on or about April 10, 2009, through on or about September 2010, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**CARLOS CASTRO,**
a/k/a "Walter Garrido,"
a/k/a "Guajo,"
**HECTOR CASTRO,**
**PAMELA LIETTE CASTRO,**
**NER JAMINTON CASTRO,**
**CHRISTOPHER THOMAS ISIAH CASTRO,**
and
**ALEX J. ESCOBAR,**

did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others both known and unknown to the grand jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(A), that the controlled substance was in fact at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

From at least as early as July, 2010, through on or about June 20, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**CARLOS CASTRO,**
a/k/a "Walter Garrido,"
a/k/a "Guajo,"

an alien, having been previously removed or deported from the United States on or about June 3, 2009, was found in the United States without the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

## COUNT 3

From at least as early as April 22, 2009, through on or about June 20, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**PAMELA LIETTE CASTRO,**

knowing, or in reckless disregard of the fact that an alien, namely, Carlos Castro, had come to, entered, or remained in the United States in violation of law, did conceal, harbor and shield from detection, and did attempt to conceal, harbor, and shield from detection, such alien in a building or other place, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

A TRUE BILL:

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

Carlos Castro, a/k/a "Walter Garrido,"
a/k/a "Guajo," et al,
               Defendants.
_____/

CASE NO. _____

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami  ___ Key West
___ FTL  _X_ WPB  ___ FTP

New Defendant(s)    Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _Yes_
   List language and/or dialect _Spanish_

4. This case will take _6_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | ___ | Petty | ___ |
   | II | 6 to 10 days | _X_ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes: Magistrate Case No. _n/a_
   Related Miscellaneous numbers: _10-WT-80001 and 10-WT-80005_
   Defendant(s) in federal custody as of _n/a_
   Defendant(s) in state custody as of _n/a_
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

 

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

*Penalty Sheet(s) attached

REV.9/11/07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: <u>CARLOS CASTRO, a/k/a "Walter Garrido," a/k/a "Guajo,"</u>

Case No. _____

Count # 1:

<u>21 USC §§ 841(a)(1), 846 and 841(b)(1)(A)</u>

<u>Conspiracy to Possess with Intent to Distribute 5 Kilograms or more of Cocaine</u>

*Max. Penalty: <u>10 Years to Life Imprisonment; $4,000,000 Fine; 5 years - Life supervised release</u>

Count:# 2:

<u>8 USC §§ 1326(a) and (b)(2)</u>

<u>Re-entry After Deportation (Aggravated Felony)</u>

*Max. Penalty: <u>0 to 20 Years Imprisonment; $250,000 Fine; 0 -3 years supervised release</u>

Count: #

_____

_____

*Max. Penalty: _____

Count: _____

_____

*Max. Penalty: _____

Count: _____

_____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: HECTOR CASTRO

Case No. _____

Count # 1:

21 USC §§ 841(a)(1), 846 and 841(b)(1)(A)

Conspiracy to Possess with Intent to Distribute 5 Kilograms or more of Cocaine

*Max. Penalty: 10 Years to Life Imprisonment; $4,000,000 Fine; 5 years - Life supervised release

Count:#:

*Max. Penalty:

Count: #

*Max. Penalty:

Count:

*Max. Penalty:

Count :

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   PAMELA LIETTE CASTRO

Case No. _____

Count # 1:

21 USC §§ 841(a)(1), 846 and 841(b)(1)(A)

Conspiracy to Possess with Intent to Distribute 5 Kilograms or more of Cocaine

*Max. Penalty: 10 Years to Life Imprisonment; $4,000,000 Fine; 5 years - Life supervised release

Count:#: 3:

8 USC §§ 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i)

Harboring an Illegal Alien

*Max. Penalty: 0 to 10 Years Imprisonment; $250,000 Fine; 0 -3 years supervised release

Count: #

*Max. Penalty:

Count:

*Max. Penalty:

Count :

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __NER JAMINTON CASTRO__

Case No. _____

Count # 1:
  __21 USC §§ 841(a)(1), 846 and 841(b)(1)(A)__
  __Conspiracy to Possess with Intent to Distribute 5 Kilograms or more of Cocaine__

*Max. Penalty: __10 Years to Life Imprisonment; $4,000,000 Fine; 5 years - Life supervised release__

Count:#:

*Max. Penalty:

Count: #

*Max. Penalty:

Count:

*Max. Penalty:

Count :

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: <u>CHRISTOPHER THOMAS ISIAH CASTRO</u>

Case No. _____

Count # 1:
<u>        21 USC §§ 841(a)(1), 846 and 841(b)(1)(A)        </u>

<u>    Conspiracy to Possess with Intent to Distribute 5 Kilograms or more of Cocaine    </u>

*Max. Penalty: <u>10 Years to Life Imprisonment; $4,000,000 Fine; 5 years - Life supervised release</u>

Count:#: 

_____

*Max. Penalty: 

_____

Count: # 

_____

*Max. Penalty: 

_____

Count: 

_____

*Max. Penalty: 

_____

Count : 

_____

*Max. Penalty: 

_____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   ALEX J. ESCOBAR

Case No. _____

Count # 1:

21 USC §§ 841(a)(1), 846 and 841(b)(1)(A)

Conspiracy to Possess with Intent to Distribute 5 Kilograms or more of Cocaine

*Max. Penalty: 10 Years to Life Imprisonment; $4,000,000 Fine; 5 years - Life supervised release

Count:#:

*Max. Penalty:

Count: #

*Max. Penalty:

Count:

*Max. Penalty:

Count :

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: CARLOS CASTRO

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   John C. McMillan, Jr.

Last Known Address: 6620 Dillman Road

West Palm Beach, FL

_____

What Facility: _____

_____

Agent(s):   DEA TFO Rey Paniagua
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: HECTOR CASTRO

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   John C. McMillan, Jr

Last Known Address: 6620 Dillman Road

West Palm Beach, FL

_____

What Facility: _____

_____

Agent(s):   DEA TFO Rey Paniagua
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: PAMELA LIETTE CASTRO

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   John C. McMillan, Jr.

Last Known Address: 6620 Dillman Road

West Palm Beach, FL

What Facility: _____

Agent(s):   DEA TFO Rey Paniagua
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: NER JAMINTON CASTRO

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: John C. McMillan, Jr.

Last Known Address: 1415 Flamingo Drive

West Palm Beach, FL

What Facility: _____

Agent(s): DEA TFO Rey Paniagua
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: CHRISTOPHER THOMAS ISIAH CASTRO

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: John C. McMillan, Jr.

Last Known Address: 305 North E Street

Lake Worth, FL

What Facility: _____

Agent(s): DEA TFO Rey Paniagua
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: ALEX J. ESCOBAR

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (**Pre-Trial Detention**)

By: _____
AUSA:   John C. McMillan, Jr.

Last Known Address: 551 Cypress Way West

Lake Worth, FL

What Facility: _____

Agent(s): DEA TFO Rey Paniagua
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

No. _____

UNITED STATES _____ DISTRICT _____ COURT

_Southern_ District of _____ _Florida_

_Northern_ Division

# THE UNITED STATES OF AMERICA

vs.

CARLOS CASTRO, a/k/a "Walter Garrido," a/k/a "Guajo," HECTOR CASTRO PAMELA LIETTE CASTRO, NER JAMINTON CASTRO, CHRISTOPHER THOMAS ISIAH CASTRO, and ALEX J. ESCOBAR,

## INDICTMENT

| 8 USC § 1324(a)(1)(A)(iii) | 21 USC § 841(a)(1) |
| 8 USC § 1324(a)(1)(B)(i) | 21 USC § 841(b)(1)(A) |
| 8 USC § 1326(a) | 21 USC § 846 |
| 8 USC § 1326(b)(2) | |

A true bill.

_____
Foreman

Filed in open court this _21st_ day

of _June_, A.D. 20_12_

Bail. $ _____

_____ Clerk

GPO 863 928